Arthur B. Berger (6490)
Samuel C. Straight (7638)
James A. Sorenson (12239)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: aberger@rqn.com
Email: sstraight@rqn.com
Email: jsorenson@rqn.com

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| TAHITIAN NONI INTERNATIONAL, INC. nka MORINDA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT L. DEAN, JR., et al.,<br><br>Defendant. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH RESPECT TO PLAINTIFF'S MOTION TO RENEW STIPULATED JUDGMENT AGAINST ROBERT L. DEAN, JR., TOP GUN INTERNATIONAL, INC., AND TOP GUN EXP, LLC**<br><br>Civil No. 2:09-CV-51 TS<br><br>Judge Ted Stewart |

The matter before this Court is the *Plaintiff's Motion to Renew Stipulated Judgment Against Robert L. Dean, Jr., Top Gun International, Inc., and Top Gun EXP, LLC* (the "**Motion to Renew**"). The Judgment Creditor is Plaintiff Tahitian Noni International, Inc. nka Morinda, Inc. ("**Plaintiff**" or "**Morinda**"). Pursuant to the Motion to Renew, Plaintiff has moved pursuant

to Federal Rule of Civil Procedure 69 and Utah Code Ann. § 78B-6-1801 et seq. for this Court to enter its Judgment (the "**Renewal Judgment**") renewing a *Stipulated Judgment Against Robert L. Dean, Jr., Top Gun International, Inc., and Top Gun EXP, LLC* entered in this action in 2010 (the "**Judgment**"), on December 20, 2010.

The Motion to Renew is being resolved by the default of the Judgment Debtors Robert L. Dean, Jr., Top Gun International, Inc., and Top Gun EXP, LLC (collectively, the "**Judgment Debtors**").

Having considered the documents filed with the Court and the arguments of the Plaintiff, and now being fully informed,

**The Court Finds That:**

1. This Court did enter the Judgment as a final judgment in this action.

2. The Motion to Renew was filed within the original action before the statute of limitations on the Judgment expired.

3. The *Motion to Renew Stipulated Judgment Against Robert L. Dean, Jr., Top Gun International, Inc., and Top Gun Exp, LLC and Memorandum in Support of Motion* and the related *Affidavit of Michael Drake in Support of Motion to Renew Stipulated Judgment Against Robert L. Dean, Jr., Top Gun International, Inc., and Top Gun Exp, LLC* (the "**Drake Affidavit**") were properly served pursuant to Rule 5(b)(3)(C) of the Utah Rules of Civil Procedure and Utah Code Ann. § 78B-6-1803, and no additional service of the Motion to Renew or the Drake Affidavit on the Judgment Debtors is required.

4. The amounts currently due on the Judgment to be renewed is as follows: the sum of $**1,484,639.36** as of December 7, 2018, plus interest thereafter, both before and after the renewal of judgment, at the federal post-judgment interest rate of $11.91 per day.

5. The Drake Affidavit affirms that notice of the Motion to Renew was sent to the last known addresses and the most current addresses known for the Judgment Debtors.

6. The facts in the Drake Affidavit are accurate.

7. The time for responding to the Motion to Renew has expired.

8. Any fees required for the renewal of the Judgment has been paid to the Clerk of the Court.

**The Court Concludes That:**

9. Judgment Creditor Tahitian Noni International, Inc. nka Morinda, Inc. has satisfied the requirements for renewing the Judgment by motion pursuant to Federal Rule of Civil Procedure 69 and Utah Code Ann. §§ 78B-6-1801 et. seq.

10. A Renewal Judgment renewing the Judgment shall be entered by the Court.

DATED this 11th day of January, 2019.

BY THE COURT:



District Judge Ted Stewart